In the Matter of the Application of JOSEPH E. TUCKER et al., Appellants, for Payment of Accumulations on an Award to Unknown Owners Made in Proceedings by the Department of Public Works of the City of New York to Acquire Lands for Park Purposes.

THE CHAMBERLAIN OF THE CITY OF NEW YORK, Respondent.

*Matter of Tucker*, 187 App. Div. 502, affirmed.
(Argued January 5, 1920; decided January 20, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1919, which affirmed an order of Special Term denying the application herein. Petitioners were life tenants of lands condemned by the city of New York in 1877. They then accepted a gross sum in payment of their interest in the land. The balance of award on deposit with the chamberlain of the city of New York to the credit of unknown owners (the remaindermen) has grown to an amount largely in excess of the original award. The life tenants seek in this proceeding payment to them of such excess accumulations and a direction that further income arising from the amount of the original award be paid to them. The Appellate Division held that having " accepted a sum certain in lieu of his right to an annual income from the property, he released all claims to any accumulations by way of income on the fund;" and " he made his election which has been confirmed by an order of the court and he must abide by it."

*James Dunne* for appellants.

*William P. Burr, Corporation Counsel (Joel J. Squier* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.    Absent: HISCOCK, Ch. J.